ELIZABETH P. BEAZLEY, CASB No. 138198
elizabeth.beazley@kyl.com
DIANA J. COBURN, CASB No. 216334
diana.coburn@kyl.com
CAROL A. DWYER, CASB No. 239769
carol.dwyer@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone:     (562) 436-2000
Facsimile:     (562) 436-7416

ROBERT E. SHANNON, CASB No. 43691
CITY OF LONG BEACH
333 West Ocean Blvd., 11th Floor
Long Beach, California 90802
Telephone:     (562) 570-2200
Facsimile:     (562) 436-1579

Attorneys for Defendant
CITY OF LONG BEACH, a municipal corporation,
acting by and through its Board of Harbor Commissioners
(erroneously sued as THE PORT OF LONG BEACH,
THE CITY OF LONG BEACH HARBOR DEPARTMENT and
THE BOARD OF HARBOR COMMISSIONERS)

**DENIED**
BY ORDER OF _A. H. Matz_
UNITED STATES DISTRICT JUDGE
ON 3/15/07

The First Amended Complaint is dismissed without prejudice. There is no judgment on the merits. A. H. Matz

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel* STATE OF CALIFORNIA *ex rel* CALIFORNIA STATE LANDS COMMISSION *ex rel.*, COUNTY OF LOS ANGELES *ex rel.*, STANLEY D. MOSLER, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF LONG BEACH, a municipal corporation; CITY OF | Case No. CV-04-1832 AHM (RNBx)<br><br>**[PROPOSED] JUDGMENT** |

- 1 -

| | |
|---|---|
| 1 | LONG BEACH HARBOR ) |
| 2 | DEPARTMENT; PORT OF LONG ) BEACH; LONG BEACH BOARD OF ) |
| 3 | HARBOR COMMISSIONERS; ) UNION PACIFIC CORPORATION; ) |
| 4 | UNION PACIFIC RAILROAD ) COMPANY; UNION PACIFIC ) |
| 5 | ENERGY COMPANY; UNION ) PACIFIC LAND RESOURCES ) |
| 6 | CORPORATION; UNION PACIFIC ) RESOURCES COMPANY, aka ) |
| 7 | UNION PACIFIC RESOURCES ) GROUP INCORPORATED, aka ) |
| 8 | RME HOLDING COMPANY, ) ANADARKO PETROLEUM ) |
| 9 | CORPORATION; JOHN ) CALHOUN, an individual; and ) |
| 10 | ROBERT SHANNON, an individual,) |
| 11 | ) |
| 12 | Defendants. ) ) |

Defendant CITY OF LONG BEACH, a municipal corporation, acting by and through its Board of Harbor Commissioners (erroneously sued as THE PORT OF LONG BEACH, THE CITY OF LONG BEACH HARBOR DEPARTMENT and THE BOARD OF HARBOR COMMISSIONERS) (hereinafter "COLB") filed a Motion to Disqualify Relator and Dismiss the First Amended Complaint ("Motion"). Defendants Anadarko Petroleum Company ("Anadarko"), Union Pacific Energy Company ("UPEC"), Union Pacific Land Resources Corporation ("UPLR"), Union Pacific Resources Company ("UPR") filed Joinders to the Motion. (COLB, Anadarko, UPEC, UPLR, and UPR hereinafter "Defendants"). Relator Stanley D. Mosler opposed the Motion. The United States of America declined to intervene.

///

KYL_LB1087924

By its Order of March 7, 2007, the Court granted the Motion and dismissed the First Amended Complaint.

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Relator STANLEY D. MOSLER take nothing by way of the First Amended Complaint;

2. Defendants are awarded costs from Relator STANLEY D. MOSLER; and,

3. Judgment is entered in favor of the Defendants.

**DENIED**

DATED: _____  _____

HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT COURT
JUDGE

SUBMITTED BY:

*/s/ Elizabeth P. Beazley*

ELIZABETH P. BEAZLEY
DIANA J. COBURN
CAROL A. DWYER
KEESAL, YOUNG & LOGAN

ROBERT E. SHANNON
CITY OF LONG BEACH

Attorneys for Defendant
CITY OF LONG BEACH, a municipal corporation,
acting by and through its Board of Harbor Commissioners
(erroneously sued as THE PORT OF LONG BEACH,
THE CITY OF LONG BEACH HARBOR DEPARTMENT and
THE BOARD OF HARBOR COMMISSIONERS)

KYL_LB1087924

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | Mosler v. City of Long Beach, CV04-01832 AHM (RNB) |
|   | USDC Central, Judge A. Howard Matz, 213-894-5283 |
| 3 | |
| 4 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California, 90801-1730.

On March 14, 2007, I served the foregoing documents described as **Proposed Judgment** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope or package addressed as follows:

SEE ATTACHED LIST

☑ **BY U.S. MAIL**: I deposited such envelope(s) in the mail at Long Beach, California. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Executed on March 14, 2007 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_Debbie Klesges_ (signature)
Debbie Klesges

# PROOF OF SERVICE

Mosler v. City of Long Beach, CV04-01832 AHM (RNB)
USDC Central, Judge A. Howard Matz, 213-894-5283

| | |
|---|---|
| Stanley D. Mosler<br>29457 Indian Valley Road., Unit D<br>Rancho Palos Verdes, CA 90275<br>Ph: 310-544-1629; Cell: 310-351-4155<br>**seslt@cox.net**<br>In pro se | David A. Ringnell<br>AUSA – Office of U.S. Attorney<br>Civil Division<br>300 N. Los Angeles St., Ste 7516<br>Los Angeles, CA 90012<br>Ph: 213-894-3994<br>Email: usacac.civil@usdoj.gov<br>Attys for Plaintiff California State Lands Commission |
| James Dragna/Leigh Curran<br>Bingham McCutchen LLP<br>355 S. Grand Ave., #4400<br>Los Angeles, CA 90071-3106<br>Ph: 213-680-6436 Fx: 213-680-6499<br>Jim.dragna@bingham.com<br>Leigh.curran@bingham.com<br>Attys for Anadrako Petroleum | David S. Steefel<br>Holme Roberts & Owen LLP<br>1700 Lincoln, Suite 4100<br>Denver, CO 80203<br>Ph: 303-861-7000; Direct 303-866-0348<br>Fax: 303-866-0200<br>David.steefel@hro.com<br>Attys for Union Pacific |

John R. Shiner
Holme Roberts & Owen LLP
777 S. Figueroa St., Suite 2800
Los Angeles, CA 90017
Ph: 213-572-4300
Fx: 213-572-4400
John.shiner@hro.com
Attys for Union Pacific